UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 22498
  RUTHARDAS ANTON BARKAUSKAS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
  SSN XXX-XX-8892
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/26/08 .

2. The case was dismissed without confirmation, 09/26/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ARNOLD KAPLAN LTD            , was allowed $        .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

```
Dated: 12/18/08            /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 08 B 22498 RUTHARDAS ANTON BARKAUSKAS